# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:17-cv-08137-JFW-FFMx    Date 12/6/17

Title: Josephine Provencio v. Tamera and Associates, Inc., et al

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: | Attorneys Present for Defendants:
Not Reported | Not Reported

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other JS-6. Counsel has failed to respond to two Court Orders and a final email warning.

☐ Entered _____.

11/8/17 doc. 8: Text Entry Requiring Case Opening Documents
11/30/17 doc. 10: Text Entry Order re OSC
12/5/17: Email warning counsel failure to respond to the Order to Show Cause would result in sanctions and or closure of this action.

Initials of Preparer    sr